SLIP OPINION



Cite as 2016 Ark. App. 13

# ARKANSAS COURT OF APPEALS

DIVISION III
**No.** CR–15-9

| | |
|---|---|
| ZACKERY WARREN SHADWICK<br>APPELLANT | **Opinion Delivered** January 13, 2016 |
| V. | APPEAL FROM THE JOHNSON COUNTY CIRCUIT COURT [NO. CR–2014-66] |
| STATE OF ARKANSAS<br>APPELLEE | HONORABLE WILLIAM M. PEARSON, JUDGE |
| | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## RITA W. GRUBER, Judge

Appellant Zachery Warren Shadwick was convicted by a jury in Johnson County Circuit Court of distributing, possessing, or viewing matter depicting sexually explicit conduct involving a child in violation of Ark. Code Ann. § 5-27-602(a)(2)(Repl. 2013); failing to register as a sex offender in violation of Ark. Code Ann. § 12-12-904(a)(1)(A)(Supp. 2015); and entering a school campus as a registered sex offender in violation of Ark. Code Ann. § 5-14-132(b)(Repl. 2013). He was sentenced to twenty-six years' imprisonment in the Arkansas Department of Correction: ten years on Count One, ten years on Count Two, and six years on Count Three, to run consecutively.

Pursuant to Arkansas Supreme Court Rule 4–3(k) and *Anders v. California*, 386 U.S. 738 (1967), appellant's counsel has filed a motion to withdraw, stating that there is no merit to an appeal. The motion is accompanied by an abstract and addendum of the proceedings

below and a brief in which counsel explains why there is nothing in the record that would support an appeal. The clerk of this court served appellant with a copy of counsel's brief and notified him of his right to file pro se points. Appellant has filed pro se statements of points for reversal, and the State has filed a response thereto.

The test for filing a no-merit brief is not whether there is any reversible error but rather would an appeal be wholly frivolous. *House v. State*, 2015 Ark. App. 280. From our review of the record and the brief presented to us, we find compliance with Rule 4–3(k), and after consideration of appellant's pro se points for reversal, we hold that there is no merit to an appeal.

Affirmed; motion to withdraw granted.

HIXSON and BROWN, JJ., agree.

*Robert M. "Robby" Golden*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Valerie Glover Fortner*, Ass't Att'y Gen., for appellee.